No. 1295, Misc.   SPARKS v. MARYLAND.   Court of Appeals of Maryland.   Certiorari denied.

No. 1318, Misc.   COLBERT v. MICHIGAN.   C. A. 6th Cir. Certiorari denied.   Reported below: —— F. 2d ——.

No. 1325, Misc.   CLEMONS v. UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1298, Misc.   CASIAS v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   *James W. Heyer* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 1305, Misc.   BAGGETT v. WIMAN, WARDEN, ET AL. C. A. 5th Cir.   Certiorari denied.   *Patrick W. Richardson* for petitioner.   *Richmond M. Flowers,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondents.

No. 1306, Misc.   MITCHELL v. CALIFORNIA ET AL.   Supreme Court of California.   Certiorari denied.

No. 1307, Misc.   BELL v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 1309, Misc.   HAWTHORNE v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.